No. 05–214.  HADFIELD v. MCDONOUGH, SHERIFF, PLYMOUTH COUNTY, MASSACHUSETTS, ET AL.  C. A. 1st Cir.  Certiorari denied.

No. 05–215.  DAWOOD v. CALIFORNIA.  Ct. App. Cal., 4th App. Dist., Div. 2.  Certiorari denied.

No. 05–223.  CARROLL v. FAUCHEUX.  Sup. Ct. Tex.  Certiorari denied.

No. 05–224.  CITY OF PINEVILLE, LOUISIANA v. LIBERTY MUTUAL INSURANCE CO. ET AL.  Ct. App. La., 3d Cir.  Certiorari denied.

No. 05–226.  FEARING ET AL. v. PARR ET AL.  Ct. App. Minn.  Certiorari denied.

No. 05–245.  KERIAN v. HARVEY, SECRETARY OF THE ARMY, ET AL.  C. A. 2d Cir.  Certiorari denied.

No. 05–246.  KARLS v. TEXACO INC.  C. A. 10th Cir.  Certiorari denied.

No. 05–269.  DOE v. MENEFEE, WARDEN, ET AL.  C. A. 2d Cir.  Certiorari denied.

No. 05–301.  PHAM v. TEXAS.  Ct. Crim. App. Tex.  Certiorari denied.

No. 05–302.  LAPLANTE v. CROSBY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 05–335.  PHINNEY v. COOPER, JUDGE, UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA, ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 05–339.  BALL v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 05–345.  FRIEDRICH v. UNITED STATES.  C. A. 8th Cir.  Certiorari denied.

No. 05–349.  MORALES v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.